UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80071-CR-MARRA(s)

UNITED STATES OF AMERICA

vs.

**CHRISTOPHER MASSENA,**
a/k/a "Slim,"
Defendant
_____/

FILED by ___ D.C.

JUN 16 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## **SUPERSEDING INDICTMENT**

The Grand Jury charges that:

### COUNT 1

On or about February 18, 2016, in Palm Beach County in the Southern District of Florida, the defendant,

**CHRISTOPHER MASSENA**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Fentanyl and that this distribution resulted in the death of C.H.

### COUNT 2

On or about February 26, 2016, in Palm Beach County in the Southern District of Florida, the defendant,

**CHRISTOPHER MASSENA**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## COUNT 3

On or about March 1, 2016, in Palm Beach County in the Southern District of Florida, the defendant,

**CHRISTOPHER MASSENA**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## COUNT 4

On or about March 9, 2016, in Palm Beach County in the Southern District of Florida, the defendant,

**CHRISTOPHER MASSENA**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## COUNT 5

On or about March 24, 2016, in Palm Beach County in the Southern District of Florida, the defendant,

**CHRISTOPHER MASSENA**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

## COUNT 6

On or about April 21, 2016, in Palm Beach County in the Southern District of Florida, the defendant,

**CHRISTOPHER MASSENA**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JENNIFER C. NUCCI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | CASE NO. | 16-80071-CR-MARRA(s) |
| vs. | | |
| CHRISTOPHER MASSENA, a/k/a "Slim," | CERTIFICATE OF TRIAL ATTORNEY* | |
| **Defendant.** _____/ | **Superseding Case Information:** | |

**Court Division:** (Select One)

|  |  | New Defendant(s) | Yes ___ No _X_ |
|---|---|---|---|
| Miami ___ | Key West ___ | Number of New Defendants ___ | |
| FTL ___ | WPB _X_ | Total number of counts ___ | |
| | | FTP ___ | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)  No
   List language and/or dialect _____

4. This case will take  _5-10_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I     0 to  5 days    ___                 Petty    ___
   II    6 to 10 days    _X_                 Minor    ___
   III   11 to 20 days   ___                 Misdem.  ___
   IV    21 to 60 days   ___                 Felony   _X_
   V     61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)  _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _Yes_
   If yes:
   Magistrate Case No.  16-MJ-08138-JMH
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  4/21/2016
   Defendant(s) in state custody as of _____
   Rule 20 from the   District of _____

   Is this a potential death penalty case? (Yes or No)   Yes ___   No _X_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No _X_

_____
JENNIFER C. NUCCI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 171700

*Penalty Sheet(s) attached                                              REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CHRISTOPHER MASSENA, a/k/a "Slim"

**Case No.:** 16-80071-CR-MARRA(s)

**Count #: 1**

Distribution of a controlled substance, namely a mixture or substance containing a detectable amount of Fentanyl resulting in the death of C.H.

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

* **Max.Penalty:** 20 year mandatory minimum term of imprisonment up to life imprisonment; 3 years supervised release; $1 million fine.

**Count #: 2**

Distribution of a controlled substance, namely a mixture or substance containing a detectable amount of heroin.

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

* **Max.Penalty:** 20 years imprisonment; 3 years supervised release; $1 million fine.

**Count #: 3**

Distribution of a controlled substance, namely a mixture or substance containing a detectable amount of heroin.

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

* **Max.Penalty:** 20 years imprisonment; 3 years supervised release; $1 million fine.

**Count #: 4**

Distribution of a controlled substance, namely a mixture or substance containing a detectable amount of heroin.

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

* **Max.Penalty**:   20 years imprisonment; 3 years supervised release; $1 million fine.

**Count #:  5**

Distribution of a controlled substance, namely a mixture or substance containing a detectable amount of heroin.

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

* **Max.Penalty**:   20 years imprisonment; 3 years supervised release; $1 million fine.

**Count #:  6**

Distribution of a controlled substance, namely a mixture or substance containing a detectable amount of heroin.

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

* **Max.Penalty**:   20 years imprisonment; 3 years supervised release; $1 million fine.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**