UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80071-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHRISTOPHER MASSENA,

        Defendant.
_____/

### ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL AND FOR NEW TRIAL

THIS CAUSE is before the Court upon Defendant's Motion for Judgment of Acquittal and for New Trial [DE 57]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is DENIED for the reasons stated by the Court on the record during the trial relating to the issues raised by Defendant in his motion.

DONE and ORDERED in West Palm Beach, Florida, this 22nd day of August, 2016.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel