UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**16-80071-CR-MARRA/MATTHEWMAN**

UNITED STATES OF AMERICA,
vs.
CHRISTOPHER MASSENA,
    Defendant.
_____/

<u>DEFENDANT'S EMERGENCY MOTION TO CONTINUE SENTENCING HEARING NOW SET FOR OCTOBER 28, 2016 DUE TO ATTORNEY'S UNAVAILABILTY</u>

    COMES NOW the defendant, Christopher Massena, by and through the undersigned attorney, and files this motion requesting that the district court continue the sentencing hearing in this case set for October 28, 2016, and states as follows:

1. The defendant's sentencing is set for October 28, 2016, at 10:30 a.m.

2. The defendant's attorney's mother-in-law died on October 23, 2016, and the attorney will be in Baltimore, Maryland for the funeral and family gathering (religious Shiva) from the evening of October 26 through Friday night, October 28, and will not be able to attend the sentencing hearing. (Letter attached from the funeral home)

3. The defendant will not be prejudiced by a continuance as there is no chance at release at the time of sentencing. Counsel for the defendant does not believe that the government will be

prejudiced by a short continuance either.

4. The continuance is being sought in good faith and not for the purpose of delay. was appointed counsel at the time of his first appearance.

WHEREFORE, the defendant, Christopher Massena, respectfully requests that the instant court grant the above stated motion, and enter an Order continuing the sentencing.

/s/ Jack A. Fleischman
FLEISCHMAN & FLEISCHMAN, P.A.
Jack A. Fleischman
2161 Palm Beach Lakes Blvd., Ste. 403
West Palm Beach, FL 33409
Phone  561-585-3666
Fax   561-471-8343
Fla. Bar No.: 0714534
Email (CM/ECF): fflaw@yahoo.com
Email (personal):  jf@ffjustice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Emergency motion to continue was electronically filed with the Clerk of Court using CM/ECF and served this 24th day of October, 2016, on all counsel of record and the U.S. Attorney's Office, West Palm Beach, Florida.

/s/Jack A. Fleischman
Jack A. Fleischman

**Sol Levinson & Bros., Inc.**
8900 Reisterstown Road
Pikesville, MD 21208
(410) 653-8900
info@sollevinson.com


FUNERAL HOME

**Sol Levinson & Bros., Funeral Services, P.A.**
5560 Sterrett Place, Suite 204
Columbia, MD 21044
Restricted - Operating out of
Sol Levinson & Bros., Inc., Pikesville, MD
(410) 730-7230
howardcounty@sollevinson.com

October 24, 2016

To whom it may concern,

The funeral services Jack Fleischman will be attending are for Anita Rudo and will take place on Thursday, October 27.

Sincerely,

Justan Goldstein
Funeral Director

www.sollevinson.com   •   Fax (410) 653-1613   •   Toll Free 1-800-338-1701